■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CRAWLEY, Appellant. [696 NYS2d 915] —Judgment unanimously affirmed. Memorandum: The contention of defendant that Supreme Court erred in denying his motion to suppress the out-of-court identification because the photograph of him was obtained in violation of 20 USC § 1232g (b) is unpreserved for our review (*see,* CPL 470.05 [2]). Assuming, arguendo, that the statute was violated, we conclude that the "violation did not infringe upon any constitutional right of the defendant sufficient to warrant invocation of the exclusionary rule" (*People v Patterson,* 78 NY2d 711, 714). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Monroe County, Wisner, J.—Robbery, 1st Degree.) Present—Green, J. P., Hayes, Pigott, Jr., and Scudder, JJ.